FILED
5/12/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
CP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD FRANKENBERGER | Case No. **1:21-CR-00304**<br><br>Violation: Title 18, United States Code, Sections 2252A(a)(1), 2252A(a)(5)(B) and 2252A(b)(2)<br><br>**JUDGE DURKIN**<br>**MAGISTRATE JUDGE FUENTES** |

### COUNT ONE

The SPECIAL APRIL 2021 GRAND JURY charges:

On or about June 19, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division,

EDWARD FRANKENBERGER,

defendant herein, knowingly transported and caused to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including an image entitled "1560913632029.UTC.png," using a means and facility of interstate commerce and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT TWO

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about June 19, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division,

EDWARD FRANKENBERGER,

defendant herein, knowingly transported and caused to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including an image entitled "1560915503519.UTC.png," using a means and facility of interstate commerce and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## **COUNT THREE**

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about September 23, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division,

EDWARD FRANKENBERGER,

defendant herein, knowingly transported and caused to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including an image entitled "1569182412085.UTC.png," using a means and facility of interstate commerce and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT FOUR

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about April 3, 2020, at Ottawa, in the Northern District of Illinois, Eastern Division,

EDWARD FRANKENBERGER,

defendant herein, knowingly transported and caused to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including a video file entitled "1a7af051-1e50-4ff4-b028-ce866b279ce7.mp4," using a means and facility of interstate commerce and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT FIVE

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about June 30, 2020, at Ottawa, in the Northern District of Illinois, Eastern Division,

EDWARD FRANKENBERGER,

defendant herein, knowingly possessed material, namely an Apple XS-model iPhone bearing IMEI 359212075718906; that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2021 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to an Apple XS-model iPhone bearing IMEI 359212075718906.

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Matthew F. Madden on behalf of the
UNITED STATES ATTORNEY