IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Edward Frankenberger,<br><br>  Defendant. | 21CR00304<br>Judge Thomas Durkin |

**EDWARD FRANKENBERGER'S SUPPLEMENT TO HIS SENTENCING MEMORANDUM AND OBJECTIONS TO THE PRESENTENCE REPORT**

Defendant Edward Frankenberger, by his attorney, Bedi & Singer, LLP, respectfully requests the court grant him leave to file this supplement to his sentencing memorandum and objections to the presentence report. Mr. Frankenberger additionally requests the court consider the contents of this supplement when determining the appropriate sentence.

1. On September 16, 2024, Mr. Frankenberger filed his sentencing memorandum and objections and corrections to the presentence report.

2. Mr. Frankenberger submits additional documentation regarding his counseling with his treatment provider, indicating he has been proactive in seeking treatment and how he is working to manage his diagnosed Generalized Anxiety Disorder. (Supp. Ex. A).

3. Additionally, Mr. Frankenberger submits an objection to Paragraph 13 of the PSR. This recitation of facts given to the probation officer by the agent

cannot be proven by a preponderance of the evidence or connected to Mr. Frankenberger. Mr. Frankenberger objects to the contents of paragraph 13 and moves to strike that paragraph from the presentence report. Further, the government has indicated they are not relying on the statements made in paragraph 13.

4. Mr. Frankenberger submits additional information about this current health condition. Mr. Frankenberger needs to have shoulder replacement surgery on his right shoulder. He has a scheduled doctor's appointment on October 2, 2024 regarding this upcoming surgery and the status of his shoulder. (Supp. Ex. B).

Wherefore, Mr. Frankenberger submits this supplement to his sentencing memorandum, and requests this honorable court strike paragraph 13 of the PSR and take his additional mental health and medical circumstances into account when crafting an appropriate sentence.

Respectfully submitted,

s/ Jonathan S. Bedi
Jonathan S. Bedi
Bedi & Singer, LLP
53 West Jackson Blvd., Suite 1101
Chicago, IL 60604
(312) 525 2017
jbedi@bedisinger.com